UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

JS-6

| Case No. | 5:23-cv-00868-SSS-SHKx | Date | July 24, 2023 |
|---|---|---|---|
| Title | *Margarito Figueroa v. ZBS Law, LLP, et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **ORDER DISMISSING PLAINTIFF'S CLAIM FOR FAILURE TO AMEND THE COMPLAINT**

On June 27, 2023, the Court granted Defendants Fay Servicing, LLC and McCarthy and Holthus, LLP's (collectively, "Defendants") Motions to Dismiss Plaintiff Margarito Figueroa's Complaint. [Dkts. 8 & 15]. In the Court's Order, the Court found that Plaintiff's Complaint failed to provide Defendants with sufficient notice of the claims against them. [Dkt. 17 at 2]. Accordingly, the Court granted the Defendants' Motion in their entirety. [Dkt. 17 at 2–3]. The Court further granted Plaintiff leave to amend his Complaint in order to cure his Complaint's deficiencies. Plaintiff's amended complaint was due on or before July 10, 2023. [Dkt. 17 at 2]. As of the date of this order, Plaintiff has not filed an amended complaint. Accordingly, Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE as to all parties.** *See American Western Door & Trim v. Arch Specialty Insurance Co.*, No. CV 15-00153-BRO (SPx), 2015 WL 1308440, at *1 (C.D. Cal. April 15, 2015) ("A district court may dismiss an action with prejudice when a plaintiff fails to file an amended complaint within the allotted time period."); *see also Cabello v. City of Phoenix*, 387 F. App'x 709, 710 (9th Cir. 2010). Additionally, the Court's Order to Show Cause regarding dismissal for lack of prosecution [Dkt. 16] is **MOOT.**

**IT IS SO ORDERED.**